FILED 13 JUL '12 09:37 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 3:12-CR-00360-HZ |
| v. | **INDICTMENT** |
| KEITH LAWRENCE MCMURRAY, | 18 U.S.C. §§ 1591 and 1594 |
| | 18 U.S.C. §§ 2251 and 2260 |
| Defendant. | **UNDER SEAL** |

**THE GRAND JURY CHARGES**:

**Count 1:**
**[Sex Trafficking of a Minor]**

Beginning on or about July 2009 and continuing until April 26, 2010, in the District of Oregon, **KEITH LAWRENCE MCMURRAY**, defendant herein, did knowingly, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, K.N., knowing and in reckless disregard of the fact, and having had a reasonable opportunity to observe K.N., that K.N. had not attained the age of 18 years and would be caused to engage in a commercial sex act; all in violation of Title 18, United States Code, Sections 1591(a)(1), 1591(a)(2) and 1591(b)(2).

### Count 2:
### [Sex Trafficking by Force Fraud & Coercion]

Beginning on or about July 2009 and continuing until on or about November 2010, in the District of Oregon, **KEITH LAWRENCE MCMURRAY**, defendant herein, did knowingly, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, K.N., knowing, and in reckless disregard of the fact, that means of force, threats of force, fraud and coercion as defined in Title 18, United States Code, Section 1591(e)(2), and any combination of such means, would be used to cause K.N. to engage in a commercial sex act; all in violation of Title 18, United States Code, Sections 1591(a)(1), 1591(a)(2) and 1591(b)(1).

### Count 3:
### [Production of Child Pornography]

Beginning on or about July 2009 and continuing until on or about April 26, 2010, in the District of Oregon and elsewhere, **KEITH LAWRENCE MCMURRAY**, defendant herein, knowingly employed, used, induced, enticed, or coerced K.N., a minor, to engage in sexually explicit conduct, including oral-genital intercourse and the lascivious exhibition of the genitals or pubic area of any person, for the purpose of producing visual depictions of such conduct, said visual depictions having been produced using materials that were mailed, shipped, or transported in interstate or foreign commerce by any means; all in violation of Title 18, United States Code, Sections 2251 (a) and (e).

### Count 4:
### [Production of Child Pornography]

Beginning on or about July 2009 and continuing until on or about April 26, 2010, in the District of Oregon and elsewhere, **KEITH LAWRENCE MCMURRAY**, defendant herein, knowingly employed, used, induced, enticed, or coerced K.N., a minor, to engage in sexually explicit conduct,

including the lascivious exhibition of the genitals or pubic area of any person, for the purpose of producing visual depictions of such conduct, said visual depictions having been produced using materials that were mailed, shipped, or transported in interstate or foreign commerce by any means; all in violation of Title 18, United States Code, Sections 2251 (a) and (e).

### Count 5:
### [Individual Required to Register as a Sex Offender Commits a Felony Offense Involving a Minor]

The Grand Jury further alleges that, in the District of Oregon, **KEITH LAWRENCE MCMURRAY**, defendant herein, committed a felony offense involving a minor, as charged in Counts One, Three, and Four of this Indictment, at a time he was required to register as a sex offender under the laws of the State of Oregon, Oregon Revised Statute 181.592, following his conviction for Sex Abuse in the Second Degree, in Multnomah County, Oregon on or about July of 2007; all in violation of Title 18, United States Code, Section 2260A.

DATED this 12th day of July 2012.

A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:

AMANDA MARSHALL
United States Attorney

GLEN H. UJIFUSA Jr., OSB #065355
Special Assistant United States Attorney

**Indictment**  **Page 3**